# EXHIBIT 3

| Patent No. 8,550,269 | Sully's Bottle |
|---|---|
| 1. A drink bottle and lid, comprising: | |
| [1.1] a bottle having a mouth with a lid engaging structure; | Lid engaging structure |
| [1.2] a removable lid having a cooperating engaging structure for selective engagement with the lid engaging structure of said bottle; | Cooperating engaging structure |

1

| Patent No. 8,550,269 | Sully's Bottle |
|---|---|
| [1.3] said removable lid including an inner lid and an outer lid, said inner lid including said cooperating engaging structure, said inner lid defining a button tunnel and a spout opening, said button tunnel including an enclosing structure defining an enclosed channel to slidably receive a sliding element, said inner lid including a first hinge portion; |  |
| [1.4] said outer lid including a second hinge portion for pivoting engagement with said first hinge portion to form a hinge so that said outer lid is pivotable relative to said inner lid between an open position and a closed position; | |

| Patent No. 8,550,269 | Sully's Bottle |
|---|---|
| [1.5] a button mounted within said button tunnel of said inner lid so as to be movable between a lock position and an unlock position, said button including a sliding arm slidably mounted within said channel within said enclosing structure of said inner lid, said sliding arm being enclosed within said enclosing structure to prevent contact with said sliding arm by a user, said sliding arm undergoing translational movement within said enclosed channel during movement of said button between said lock position and said unlock position; | Lock position / Unlock position / Enclosing structure / Sliding arm / Translational movement / Button |
| [1.6] a locking tab extending from said outer lid, said locking tab engaging said button when said outer lid is in said closed position and said button is in said lock position, said locking tab being disengaged from said button when said button is moved to said unlock position; | Locking tab / Closed position |

3



| Patent No. 8,550,269 | Sully's Bottle |
|---|---|
| [1.7] a drink spout mounted in said spout opening of said inner lid, said drink spout extending from said inner lid at a position to permit a user to drink fluid contained within the bottle from the drinking tube when said outer lid is in the open position, said outer lid covering said drink spout when said outer lid is in said closed position; and | Open position / Closed position — Drink spout |
| [1.8] a bail handle mounted on said outer lid and pivotable between a stowed position and a deployed position. | Stowed position / Deployed position — Bail handle |

4