# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thermos L.L.C.

                Plaintiff,

v.                                            Case No.: 1:23−cv−04495
                                            Honorable Jeffrey I Cummings

Sully Innovations Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 2, 2024:

        MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report on settlement [56], which indicates that the parties are exchanging settlement communications in advance of the 8/13/24 settlement conference before Magistrate Judge Fuentes. The 8/12/24 tracking status hearing is stricken and re−set to 9/6/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.